UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE MARK EDWARD BERTY,

Case No. MS06-5022FDB

ORDER OF DISMISSAL

Mark Edward Berty purports to file a Notice "Bill of Divorcement" in this court as a miscellaneous case. This Court has no jurisdiction over such matters and this cause of action is, therefore, DISMISSED. SO ORDERED.

DATED this 22nd day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1